**Motion Granted; Order filed October 11, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00750-CV
_____

**NATIONSTAR MORTGAGE LLC; HSBC BANK USA, N.A; BANK OF AMERICA, N.A; AND FIDELITY NATIONAL TITLE INSURANCE COMPANY, Appellant**

**V.**

**JOAN MAURI BAREFOOT, Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2014-39628**

## ORDER

This court issued its judgment in this appeal on October 28, 2021. On December 3, 2021, the parties notified the court that the parties had agreed to mediate the case in attempt to settle the issues on appeal. On September 21, 2022, appellant Bank of America and appellee Joan Mauri Barefoot filed a motion to (1) withdraw this court's judgment as to Bank of America and (2) to remand the dispute between Bank of America and Joan Mauri Barefoot to the trial court for rendition of judgment in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted. This court's judgment of October 28,

2021 is withdrawn. A corrected judgment will be issued along with this order.

We set aside the trial court's judgment without regard to the merits as to Bank of America and Joan Mauri Barefoot and remand the case with regard to Bank of America and Joan Mauri Barefoot to the trial court for rendition of judgment in accordance with their agreement. Tex. R. App. P. 42.1(a)(2)(B).

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.